**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-20-0000629**
**26-FEB-2021**
**09:18 AM**
**Dkt. 13 OGMD**

NO. CAAP-20-0000629

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

JC, Petitioner-Mother/Appellee, v.
JK, Respondent-Father/Appellant

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(FC-P NO. 19-1-0074)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Leonard, Presiding Judge, Hiraoka and Nakasone, JJ.)

Upon consideration of self-represented Respondent-Father/Appellant JK's letter, filed February 24, 2021, which the court construes as a motion to dismiss the appeal, the papers in support, and the record, IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed, under Hawaiʻi Rules of Appellate Procedure Rule 42(a).

DATED: Honolulu, Hawaiʻi, February 26, 2021.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Karen T. Nakasone
Associate Judge